**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-2161**

———————————

RAJ BHARADWAJA,

                              Plaintiff - Appellant,

        versus

MARTIN O'MALLEY, Individually and as The Mayor
of Baltimore City; CITY OF BALTIMORE;
BALTIMORE CITY HOUSING AUTHORITY; DEPARTMENT
OF HOUSING AND COMMUNITY DEVELOPMENT; DORREYA
ELMENSHAWY, Individually and as
officer/employee of Baltimore City Department;
JOHN DOE, 1-5; JANE DOE, 1-5,

                              Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:04-cv-03826-RDB)

———————————

Submitted:  May 2, 2007              Decided:  June 1, 2007

———————————

Before TRAXLER, KING, and SHEDD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Michael P. Coyle, THE LAW OFFICES OF MICHAEL P. COYLE, Columbia,
Maryland, for Appellant.  Karen Stakem Hornig, Chief Legal Counsel,
George A. Nilson, City Solicitor, William R. Phelan, Jr., Principal
Counsel, Baltimore, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raj Bharadwaja brought this action against Martin O'Malley, individually and as the Mayor of Baltimore City, the City of Baltimore, and several other governmental and individual defendants, alleging claims of wrongful discharge, defamation, civil conspiracy and a claim of retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bharadwaja v. O'Malley, No. 1:04-cv-03826-RDB (D. Md. filed Sept. 27, 2006; entered Sept. 28, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED